# MEMORANDUM DECISIONS.

Zipporah Baer, Bernard M. Baer and Charles Markens, Appellants, vs. T. S. Johnson and Mary K. Johnson, partners as Johnson & Company, Appellees.

Appeal from Circuit Court, Lake county; Minor S. Jones, Judge.

M. C. Jordan, for Appellants.

No appearance for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on motion of counsel for appellants.